# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT** | : CIVIL ACTION |
| v. | : |
| | : NO. 17-4209 |
| **CITY OF PHILADELPHIA,** *et al.* | : |

## ORDER

**AND NOW**, this 16th day of October 2017, upon considering Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1) and his *pro se* complaint (ECF Doc. No. 1-1) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The complaint is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(i) & (ii).

3. The Clerk of Court shall **CLOSE** this case.

_____
**KEARNEY, J.**